STEPTOE & JOHNSON LLP
Tamara McCrossen-Orr (*Bar No.*)
Email:  tmccrossen-orr@steptoe.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067
T:  (310) 734-3200
F:  (310) 734-3300

*Counsel for David B. Meador*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID B. MEADOR,<br><br>Defendant. | Case No.  1:10CR00269-002<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that Defendant David Meador's Consent Motion for Ruling Allowing Recurring Travel Outside the United States During Supervised Release is GRANTED.

**SO ORDERED.**

June 11, 2012                           /s/ ANTHONY W. ISHII
Date                                    United States District Judge

ORDER

PDF created with pdfFactory trial version www.pdffactory.com